**Dismissed and Memorandum Opinion filed September 17, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00687-CV

---

### AMELIA COLIN, INDIVIDUALLY AND AS PURPORTED FORMER EXECUTRIX FOR THE ESTATE OF FRANCIS COLVIN, DECEASED, Appellant

### V.

### MICHAEL MASCIARELLI, AS EXECUTOR OF ESTATE OF MARGARET COLVIN, DECEASED AND ADMINISTRATOR OF THE ESTATE OF EXECUTOR OF FRANCES COLVIN, DECEASED, Appellee

---

**On Appeal from the Co Ct at Law No 3 & Probate Ct**
**Brazoria County, Texas**
**Trial Court Cause No. PR026308-C**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed June 21, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On August 21, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Boyce, and Jamison.